# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D23-1307
LT Case No. 2017-CF-1511

————————————————

CALVIN D. FOSTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————

3.800 appeal from the Circuit Court for Duval County.
Lindsay Tygart, Judge.

Calvin D. Foster, Madison, pro se.

No Appearance for Appellee.

September 19, 2023

PER CURIAM.

AFFIRMED.

EISNAUGLE, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____